```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
GLYNN JONES,                        :
                 Plaintiff,         :
                                    :      ORDER
       - against -                  :
                                    :      07 Civ. 7589 (DC)
SHARON CARPINELLO et al.,           :
                 Defendant.         :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, D.J.**

Pro se plaintiff Glynn Jones has filed an application to this Court for the assignment of counsel from the Pro Bono Panel. Based on an initial review of the pleadings, and considering the factors governing appointment of counsel set forth in Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986), the Court determines that plaintiff has not made the requisite "threshold showing of merit." Hendricks v. Coughlin, 114 F.3d 390, 394 (2d Cir. 1997). Accordingly, plaintiff's application is denied.

SO ORDERED.

Dated:   New York, New York
         May 5, 2008

                                    _____
                                    DENNY CHIN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08