**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GLYNN JONES,

                Plaintiff,                07 **CIVIL** 7589 (DC)

    -against-                             **JUDGMENT**

BRIAN FISCHER, et.al.,

                Defendants.
------------------------------------------------------------X

      Defendants having moved for a dismissal of the complaint pursuant to F. R. Civ. P. 12(b)(1) &(6), and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on August 7 2008, having rendered its Memorandum Decision granting defendants' motion for dismissal of the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, dated August 7, 2008, defendants' motion for dismissal of the complaint is granted and the case is closed.

**Dated:** New York, New York
          August 11, 2008

                                              **J. MICHAEL McMAHON**
                                              Clerk of Court
                          BY:
                                              Deputy Clerk

